# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**MARY BOYKE**

                                  ***Plaintiff***

                 ***VS.***                        5:01-CV-290 (HGM) (GHL)

***SUPERIOR CREDIT CORPORATION; ROBERT TOUSAW, Individually and as President and Owner of Superior Credit Corp.***

                                 ***Defendants'***

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion for default judgment is granted, further ordered that the defendant's motion for judgment on the pleadings is denied, all objections made at the damages hearing regarding the admission of testimony and/or evidentiary exhibits into evidence are denied, the Court Orders the following two awards, the First Award is to plaintiff against Superior Credit Corp., and Robert Tousaw, jointly and severally, in the amount of $35,268.78, this figure represents the back overtime wages owed to plaintiff, liquidated damages and costs; the Second Award is against Superior Credit Corp., and Robert Tousaw, for attorneys' fees of $30,441.18 and costs of $1,388.25. The combined award total is $67,098.21.

All of the above pursuant to the Orders of the Honorable Howard G. Munson, dated 7/5/2001 and 12/28/2006.

**DECEMBER 29, 2006**                                         **LAWRENCE K. BAERMAN**
_____                                _____

**DATE**                                                                         **CLERK OF COURT**

                                                                             s/
                                                                             _____

                                                                            **JOANNE BLESKOSKI**
                                                                            **DEPUTY CLERK**